UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONALD THIEKE                                       CIVIL ACTION

VERSUS                                              NO: 10-2703

RODNEY STRAIN, JR., ET AL.                          SECTION: R(5)

**ORDER**

Before the Court are Donald Thieke's complaint filed under
42 U.S.C. § 1983[1] and his objections to the Magistrate Judge's
Report and Recommendation that his claims against the St. Tammany
Parish Sheriff's Office (STPSO) be dismissed for failure to state
a claim upon which relief can be granted.[2]  The Court, having
reviewed *de novo* the complaint, the record, the applicable law,
the Magistrate Judge's Report and Recommendation, and Theike's
objections thereto, hereby approves the Magistrate Judge's Report
and Recommendation and adopts it as its opinion.

---

[1]    (R. Doc. 1.)

[2]    (R. Doc. 14.)

Theike's objections consist of a list of cases and descriptions of their holdings.  Theike identifies no authority, however, that undermines the Magistrate Judge's conclusion that the STPSO is not a "person" within the meaning of § 1983 and is thus not a proper defendant in this case.  Accordingly, Thieke's claims against the STPSO are DISMISSED.

New Orleans, Louisiana, this 24th day of January, 2011.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE