UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONALD THIEKE                                    CIVIL ACTION

VERSUS                                           NO: 10-2703

RODNEY STRAIN, JR., ET AL.                       SECTION: R(5)

**<u>ORDER</u>**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Donald Thieke's section 1983 claim against Sheriff Rodney Strain, Jr. is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Local Rule 41.3.1 and Rule 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this <u>1st</u> day of June, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]  (R. Doc. 18.)